# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2869

_____

| | | |
|---|---|---|
| Raymond Earl Osloond, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Thomas E. Brady, Attorney at Law; | * | District of South Dakota. |
| Honorable Warren G. Johnson, | * | |
| Circuit Court Judge, | * | **[UNPUBLISHED]** |
| | * | |
| Appellees. | * | |

_____

Submitted: November 6, 1998
Filed: November 9, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Raymond Earl: Osloond[1] appeals from the district court's[2] dismissal without prejudice of his claims against his former attorney and the state judge who presided

_____

[1]The colon between Osloond's middle and last names is not a typographical error; he uses the colon when he signs his name.

[2]The HONORABLE RICHARD H. BATTEY, Chief Judge, United States District Court for the District of South Dakota.

over his divorce proceeding.  After careful review of the record and the parties' briefs, we affirm for the reasons stated by the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.